# APPLETON LUFF PTE LTD

INTERNATIONAL LAWYERS

BARCELONA
BRUSSELS
GENEVA
KAMPALA
SEATTLE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, DC
WWW.APPLETONLUFF.COM

1025 CONNECTICUT AVENUE, NW
SUITE 1000
WASHINGTON, DC 20036

KELLY A. SLATER
PARTNER
TEL. (301) 649-2149
FAX (202) 449-4129
SLATER@APPLETONLUFF.COM

May 7, 2021

**PUBLIC DOCUMENT**

**VIA ELECTRONIC FILING**
The Honorable Mark A. Barnett, Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:  Unicatch Industrial Co., Ltd. et al. v. United States, Consol. Ct. No. 20-00079

Dear Judge Barnett:

On behalf of Consolidated Plaintiff Romp Coil Nails Industries Inc. ("Romp"), we hereby respectfully submit this letter in lieu of a formal reply brief in the above-referenced case. Upon review of the response briefs filed by Defendant and Defendant-Intervenors, Romp has no additional comments to make at this time beyond those already presented in its October 15, 2020 Memorandum of Points and Authorities submitted in support of its Rule 56.2 Motion for Judgment on the Agency Record. Thus, we are filing this letter as a courtesy to the Court in order to prevent any confusion which could arise with respect to Romp not filing a reply brief.

Thank you for your attention to this matter, and please contact the undersigned if you have any questions.

Sincerely yours,
/s/ Kelly A. Slater
Kelly A. Slater
Edmund W. Sim, Esq.
Jay Y. Nee, Esq.

Counsel to Romp